### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY HINDS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-16-1489-HE |
| | ) |
| C.O. BISHOP, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff Anthony Hinds, a state prisoner appearing *pro se*, brought this action pursuant to 42 U.S.C. § 1983, alleging violations of his federal constitutional rights while imprisoned at the Northeast Oklahoma Correctional Facility. The matter was referred to U.S. Magistrate Judge Bernard M. Jones for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Judge Jones has recommended that the suit be transferred to the United States District Court for the Northern District of Oklahoma, as venue is proper in that court. The parties were advised of their right to file an objection to the Report and Recommendation by January 26, 2017. No objections have been filed. The parties have therefore waived any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court therefore **ADOPTS** the Report and Recommendation [Doc. #6], a copy of which is attached to this order. This case is **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 1st day of February, 2017.

                                                                                                      *[signature]*
JOE HEATON
CHIEF U.S. DISTRICT JUDGE